UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNIFER J. REINOEHL,

    Plaintiff,

v.

GRETCHEN WHITMER, et al.,

    Defendants.

_____/

Case No. 1:21-cv-61

HON. JANET T. NEFF

## MEMORANDUM OPINION AND ORDER

Plaintiff, proceeding pro se, initiated this action on January 19, 2021 with the filing of a Complaint against Defendants Gretchen Whitmer, Robert Gordon and the Young Men's Christian Association of Greater Michiana, Inc. (ECF No. 1). She accompanied her Complaint with a Motion for a Preliminary Injunction (ECF No. 3) and a Motion for a Temporary Restraining Order (ECF No. 4), seeking injunctive relief under the Americans with Disabilities Act related to the "unfair practice of preventing all people who do not have a mask from entering the [YMCA] facility" (ECF No. 3 at PageID.339). On January 22, 2021, the Magistrate Judge issued a detailed Report and Recommendation (R&R), recommending that this Court deny both motions (ECF No. 7). The matter is presently before the Court on Plaintiff's objections to the Report and Recommendation (ECF No. 9). Defendants filed responses to the objections (ECF Nos. 20 & 21).

For the reasons stated more fully by Defendants in their responses, Plaintiff's objections fail to demonstrate any factual or legal error in the Magistrate Judge's analysis of her motions. The Magistrate Judge thoroughly considered the applicable legal standards for injunctive relief and the record presented and properly concluded that "consideration of the relevant factors weighs

heavily against Plaintiff's request for injunctive relief" (R&R, ECF No. 7 at PageID.396). Accordingly, in accordance with 28 U.S.C. § 636(b)(1) and FED. R. CIV. P. 72(b)(3), the Court denies the Objections and adopts the Magistrate Judge's Report and Recommendation as the Opinion of this Court.

**THEREFORE, IT IS ORDERED** that the Objections (ECF No. 9) are DENIED and the Report and Recommendation of the Magistrate Judge (ECF No. 7) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for a Preliminary Injunction (ECF No. 3) and Motion for a Temporary Restraining Order (ECF No. 4) are DENIED for the reasons stated in the Report and Recommendation.

Dated:  March 26, 2021                                                      /s/ Janet T. Neff
                                                                                          JANET T. NEFF
                                                                                          United States District Judge